UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRA S. SMITH
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NYPD
_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

SDNY PRO SE OFFICE RECEIVED
2016 NOV 28 PM 4:29
S.D. OF N.Y.

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☒ Yes   ☐ No
*(check one)*

**16CV 9244**

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

__X__  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__X__  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__X__  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

__X__  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __MYRA S. SMITH__
            Street Address __919 PARK PLACE #3M__
            County, City __BROOKLYN, KING COUNTY, NEW YORK CITY__
            State & Zip Code __NEW YORK 11213__
            Telephone Number __917-808-6414__

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name __NYPD__
            Street Address __1 POLICE PLAZA__
            County, City __NEW YORK COUNTY, NEW YORK CITY__
            State & Zip Code __NEW YORK 10038__
            Telephone Number __646-610-5400__

C.  The address at which I sought employment or was employed by the defendant(s) is:

            Employer __NYPD/ 071 PRECINCT__
            Street Address __421 EMPIRE BOULEVARD__
            County, City __BROOKLYN, KINGS COUNTY, NEW YORK CITY__
            State & Zip Code __NEW YORK 11225__
            Telephone Number __718-735-0511__

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

    _____   Failure to hire me.

    _____   Termination of my employment.

    __X__    Failure to promote me.

    _____   Failure to accommodate my disability.

    __X__    Unequal terms and conditions of my employment.

    __X__    Retaliation.

    __X__    Other acts (specify): DENIAL OF TRANSFER; EEOC CHARGES .

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: 08/09/2016 TO PRESENT
                                                                Date(s)

C. I believe that defendant(s) (check one):

    __X__    is still committing these acts against me.

    _____    is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check only those that apply and explain):

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [x] national origin AMERICAN
- [x] age. My date of birth is 01/29/1958 (Give your date of birth only if you are asserting a claim of age discrimination.)
- [ ] disability or perceived disability, _____ (specify)

E. The facts of my case are as follow (attach additional sheets as necessary):

SEE ATTACHED CHARGES FILED WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION: 520-2016-00127
520-2016-01643

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: DEC 30, 2015; MAR 16, 2016; AND APR 27, 2016 _____ (Date).

B. The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

__X__ issued a Notice of Right to Sue letter, which I received on __08/31/2016__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

__X__ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __TRANSFER WITHIN DEPARTMENT - ENTITLEMENT AND FOR SAFETY FROM PHYSICAL HARM AND DAMAGE TO EMPLOYMENT RECORD, REMOVE NEGATIVE ENTRIES IN EMPLOYMENT RECORD AND REVERSAL OF ANY AMOUNT TAKEN FROM ME FOR SAME.__
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26__ day of __November__, 20__16__

Signature of Plaintiff __[signature]__
Address __919 Park Place__
__Apartment 3-M__
__Brooklyn, New York 11213__

Telephone Number __917-808-6414__
Fax Number *(if you have one)* __718-771-2048__

Rev. 05/2010

EEOC Form 161 (11/09)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Myra S. Smith<br>919 Park Place<br>Apt. 3-M<br>Brooklyn, NY 11213 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

[ ]    On behalf of person(s) aggrieved whose identity is
       CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-00127 | Edward J. Ostolski,<br>Investigator | (617) 565-3214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

- **NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Feng K. An,
Area Office Director

AUG 29 2016
(Date Mailed)

Enclosures(s)

cc:   Eileen Flaherty, Esq.
      NYC POLICE DEPARTMENT
      One Police Plaza
      Room 1406
      New York, NY 10038



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Boston Status Line: (866) 408-8075
Boston Direct Dial: (617) 565-4805
TTY (617) 565-3204
FAX (617) 565-3196

Myra Smith
919 Park Place, Apt. 3-M
Brooklyn, NY 11213

RE: Charge No: 520-2016-00127 & 01643   Smith v. NYCPD
(herein referred to as the Respondent)

Dear Mr. Smith:

The United States Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has reviewed the above referenced charge according to our charge prioritization procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted in December of 2015. You alleged you were subjected to employment discrimination based upon your age, 57, in violation of the Age Discrimination in Employment Act of 1967, as amended and your race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended. In April of 2016, you also filed a separate charge in which you made essentially the same allegations and claimed that you were retaliated against for filing the initial charge.

Based upon a review of the documents received, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent. This does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost.

Please contact Enforcement Supervisor Anthony Pino at (617) 565-3192, if you have any questions.

On Behalf of the commission:

AUG 29 2016
Date

Feng K. An
Director, Boston Area Office

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Myra Smith
919 Park Place
Apt. 3-M
Brooklyn, NY 11213

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-01643 | Edward J. Ostolski, Investigator | (617) 565-3214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ Feng K. An
Feng K. An,
Area Office Director

AUG 29 2016
(Date Mailed)

Enclosures(s)

cc: Eileen Flaherty, Esq.
NEW YORK CITY POLICE DEPARTMENT
One Police Plaza
Room 1406
New York, NY 10038



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Boston Status Line: (866) 408-8075
Boston Direct Dial: (617) 565-4805
TTY (617) 565-3204
FAX (617) 565-3196

Myra Smith
919 Park Place, Apt. 3-M
Brooklyn, NY 11213

RE: Charge No: 520-2016-00127 & 01643   Smith v. NYCPD
(herein referred to as the Respondent)

Dear Mr. Smith:

The United States Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has reviewed the above referenced charge according to our charge prioritization procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted in December of 2015. You alleged you were subjected to employment discrimination based upon your age, 57, in violation of the Age Discrimination in Employment Act of 1967, as amended and your race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended. In April of 2016, you also filed a separate charge in which you made essentially the same allegations and claimed that you were retaliated against for filing the initial charge.

Based upon a review of the documents received, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent. This does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost.

Please contact Enforcement Supervisor Anthony Pino at (617) 565-3192, if you have any questions.

On Behalf of the commission:

AUG 29 2016
Date

Feng K. An
Director, Boston Area Office

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA <br> ☒ EEOC | 520-2016-01643 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Myra S. Smith | | 01-29-1958 |

Street Address: 919 Park Place, Apt. 3-M, Brooklyn, NY 11213

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NYC POLICE DEPT | 500 or More | (212) 374-5000 |

Street Address: One Police Plaza, New York, NY 10013

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
APR 27 2016
DATE RECEIVED

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-09-2015   Latest: 10-14-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe Respondent is discriminating and retaliating against me on the basis of my age (57) and race (black) in violation of the ADEA and Title VII, as amended.

I have been employed with Respondent since November 8, 2014, as a Police Administrative Aide (PAA).

I filed a minimally sufficient charge on October 14, 2105, Charge No. 520-2016-00127. Respondent was subsequently served with notice of that charge.

I filed Charge Particulars with the EEOC on December 30, 2016.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date: 04/27/2016   Charging Party Signature: [signed]

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

Date: June 21, 2016
EEOC Charge No. 520-2016-01643
FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| Myra Smith | v. | NYPD |
|---|---|---|
| Charging Party | | Respondent |

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC    [ ] _____ on May 12, 2016
                    Name of FEPA              Date of Receipt

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver          [ ] FEPA waives

[ ] No waiver requested              [ ] FEPA will investigate the charge initially

Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.

Typed Name and Title of EEOC or FEPA Official: **Feng K. An, Area Office Director**
Signature/Initials: *Kenneth An*

| Myra Smith | v. | NYPD |
|---|---|---|
| Charging Party | | Respondent |

TO WHOM IT MAY CONCERN:

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

Typed Name and Title of EEOC or FEPA Official: **Helen D. Foster, Director**
Signature/Initials:

TO: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

Date: June 21, 2016
EEOC Charge No. 520-2016-01643
FEPA Charge No.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2016-01643 |
|---|---|---|//
| New York State Division Of Human Rights | | and EEOC |
| State or local Agency, if any | | |

My charge specifically stated that Senior PAA Thompson directed the discriminatory treatment toward me.

Following the filing of my charge, on February 14, 2016, Senior PAA Thompson, charged me with a Minor Violation Log, No. 53. I believe she issued me this violation in retaliation to my discrimination complaint. The alleged violation, a data entry issue, occurred on or about August 31, 2015, several months before the filing of my EEOC Charge. However, in 2015, I was not charged for this alleged violation. Furthermore, I addressed the August 31, 2015, data entry issue with Senior PAA Thompson in September 2015. I opposed this violation in writing and informed her that I did not engage in the alleged violation.

On February 22, 2016, Senior PAA again charged me with a violation. She charged me with Minor Violation No. 57. I believe this charge is also based on pretext, because I did not engage in the violation. I believe Respondent and Senior PAA are scrutinizing my past and current performance in retaliation to me discrimination complaint. Following these retaliatory acts, I made a report to Respondent's EEO office and Officer. In addition, I informed Respondent's EEO Officer that if Senior PAA Thompson or Respondent were to issue me a third charge, I will be subject to a Command Discipline. To date, my complaint to EEO was acknowledged, but my complaint has not been resolved.

Based on the above, I charge Respondent is retaliating against me for engaging in a protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended and Title VII of the Civil Rights Act of 1964, as amended and all applicable local/state statutes.



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
APR 2 7 2016
DATE RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04/27/2016        [signature]<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Stephanie Zimberg<br>Director<br>NYC POLICE DEPARTMENT<br>One Police Plaza, Room 1406<br>New York, NY 10038 | **PERSON FILING CHARGE**<br><br>Myra S. Smith<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>520-2016-00127 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by  **25-APR-16**
to  ADR, Unit, at (212) 336-3646
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

David L. Reinman,
ADR Staff Mediator
*EEOC Representative*

Telephone  (212) 336-3645

**New York District Office**
33 Whitehall Street
5th Floor
New York, NY 10004
Fax: (212) 336-3625

Enclosure(s): [X] Copy of Charge

---

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination. This charge is currently assigned to the EEOC's ADR Unit. No position statement is required at this time. Please complete the attached Invitation to Mediate and submit it to us by the date indicated above. If this charge does not mediate, you will then be given a deadline to provide a position statement and will be expected to provide that position statement by the deadline given.

Also Enclosed: Information on Charges of Discrimination; Document Retention Notice & Invitation to Mediate.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| April 1, 2016 | Kevin J. Berry,<br>District Director | *[signed] Kevin J. Berry* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3620
General FAX: (212) 336-3625

May 9, 2016

Myra S. Smith
919 park Place
Apt 3M
Brooklyn, New York 11213

Re:   Smith v NYC Police Department
      EEOC Charge # 520-2016-0127

Dear Ms. Martin,

This charge is being transferred from the U.S EEOC New York District Office, ADR Unit to its Boston Area Office, Enforcement Unit for investigation.

Due to the agency's increased workload, the charge may not be assigned to an investigator for 90 days or more. You should not expect to receive further communication from this office during this period.

The Enforcement Unit will contact you if it needs any additional information from you. **If you want to provide the EEOC any additional information or documents about the charge, please mail it to the attention of the Enforcement Unit at the address below. No emails or faxes please. Make sure to include the EEOC Charge Number with anything you mail to us.**

If you have not heard from the EEOC after 90 days have passed from the date of this letter, you may contact the office for status information by leaving a message on our charge status phone line at **(617) 565-3200**. Please do not leave a telephone message before 90 days has passed, as the EEOC is not likely to have any information for you before then, and there may not yet be an investigator assigned to your charge.

*Attn:*

*US EEOC – Boston Area Office*
*Enforcement Unit*
*John F. Kennedy Federal Building*
*475 Government Center*
*Boston, MA 02203*

Thank you for your cooperation in this matter.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Boston Status Line: (866) 408-8075
Boston Direct Dial: (617) 565-4805
TTY (617) 565-3204
FAX (617) 565-3196

June 1, 2016

Ms. Myra S. Smith
919 Park Place, Apt 3M
Brooklyn, NY 11213

Re: Smith v NYC Police Dept.
EEOC Charge No. 520-2016-00127

Dear Ms. Smith:

The charge of employment discrimination filed by you has been received and assigned the charge number referenced above. Please use it whenever you contact this office regarding your charge.

Regulations require that you notify the Commission of any change in your address.

A Notice of Charge of Discrimination and a copy of your charge will be served on the employer within ten (10) days of the date your charge was received by this office.

Your charge is important to us and will receive the careful attention it deserves. You should be aware, however that some charges, particularly those for which there are stronger indications that the law may have been violated, may be processed expeditiously. Others may require the collection of additional information to determine the likelihood of a violation, these charges will continue to be processed as resources become available. Additionally some charges are dismissed at intake or later if it is determined that use of our limited resources will not result in a finding that discrimination has occurred.

While we give due regard to the information provided by the parties, our processing action must be determined by our assessment of the overall circumstances and consideration of our available resources. You have a right to request for a copy of the non-confidential position statement with attachments submitted by the Respondent.

When your case comes up for review, we analyze the information you and the respondent have provided, and determine whether EEOC will conduct any additional investigation. Our decision on whether to continue or terminate the investigation is based on the strength of the evidence and our resources. If EEOC decides to terminate the investigation of your charge, we will notify you by mail and issue you a Notice of Right to Sue which permits you to pursue the charge on your

own in Federal District Court if you wish.

If EEOC continues the Investigation, we will contact you when we need additional information.

If you need to add documents to your file or otherwise communicate with us while waiting for your case to be reviewed, we ask that you do so in writing. Include your charge number on the correspondence.

If you decide to withdraw the charge while the case is awaiting review, please request the withdrawal in writing and briefly state the reason for your withdrawal. If you withdraw because you have settled the charge privately, you must provide this office with a copy of the settlement agreement, as we will not process your request without it.

**For charges filed under Title VII (race, sex, national origin, religion), or the American with Disabilities Act:**
If you decide to file suit in Federal District Court on your Title VII or Americans with Disabilities Act charge while your charge is awaiting review, you should request a "notice of Right to Sue" from us in writing. Requests for "Notice of Right to Sue" will be acted on as received. (Requests for Notices of Right to Sue" against state or local governments are sent to the US Department of Justice for issuance and take several months to process.) Issuance to you of the Notice of Right to Sue terminates the EEOC's processing of your charge. If you file suit in state court, please also notify us. Processing of your charge may be suspended until the conclusion of the state court litigation.

**For charges filed under the Age Discrimination in Employment Act or Equal Pay Act:** You do not need a Notice of Right to Sue to file suit in Federal District Court under these laws; however, if you request it, we will issue one to you. If you file suit in Federal District Court, please advise the agency of the filing and provide us a copy of the complaint. If you file suit, EEOC will terminate the processing of the charge.

These procedures are designed to assist us in processing your charge as expeditiously as we can give our limited staff resources and large number of pending charges. We appreciate your cooperation.

If you have any questions concerning your charge, please contact Equal Opportunity Investigator Edward Olstolski at 617-565-3214

Sincerely,

*Kenneth An*

Kenneth An, J.D.
Director
Boston Area Office

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **Amended**<br>**520-2016-00127** |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Myra S. Smith | | 01-29-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 919 Park Place, Apt. 3-M, Brooklyn, NY 11213 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **NYC POLICE DEPT** | **500 or More** | **(212) 374-5000** |

| Street Address | City, State and ZIP Code |
|---|---|
| One Police Plaza, New York, NY 10013 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-09-2015   Latest: 10-14-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I amend this charge to remove Sex as basis and add Age basis.

Based on the attached and the above, I charge Respondent discriminated against me in connection to my age and race, in violation of the Age Discrimination in Employment Act of 1967, as amended and Title VII of the Civil Rights Act of 1964, as amended and all applicable local/state statutes.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
MAR 1 6 2016
DATE RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/16/2016   *Myra A. Smith*<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2016-00127 |

| New York State Division Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Myra S. Smith | | 01-29-1958 |

**Street Address:** 919 Park Place, Apt. 3-M, Brooklyn, NY 11213

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NYC POLICE DEPT | 500 or More | (212) 374-5000 |

**Street Address:** One Police Plaza, New York, NY 10013

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
DEC 3 0 2015
DATE RECEIVED

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 08-09-2015    Latest: 10-14-2015
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I believe Respondent is discriminating against me on the basis of my age (57) and race (black) in violation of the ADEA and Title VII, as amended. I have been employed with Respondent since November 8, 2014, as a Police Administrative Aide (PAA). As a new employee, I am and will remain on probation until February 9, 2016.

I allege Respondent is permitting Eileen Thompson, Senior Police Administrative Aide (SPAA Thompson), to single me out and accuse me of minor performance violations that I have not committed. Although SPAA Thompson is not my supervisor, she has taken it upon herself to subject me to unsupported, untrue and pretextual performance violations. She is intentionally endangering my employment during my probationary period, as she has documented my alleged minor performance violations in the minor violation log. Since she is not my direct supervisor, but is subjecting me to pretextual performance violations, she is creating a hostile work environment for me. SPAA Thompson is white and her treatment is not limited to me, she has treated another black PAA (estimated age 62) similarly; therefore I believe she is subjecting me to unwarranted performance violations because of my race.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 12/30/2015
Charging Party Signature: *Myra S. Smith*

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2016-00127 |

New York State Division Of Human Rights                    and EEOC
_State or local Agency, if any_

I further allege that Respondent has subjected me to disparate treatment by treating me less favorable than younger PAAs. Respondent does not scrutinize or discipline younger PAAs that began working at or around the same time I started the job. Like me PAAs, also remain on probation. They are:

1. Ms. Wu (under 34), Asian
2. Ms. Blue (under 40), black
3. Ms. Bailey (under 34), black
4. Note, there is another younger female (estimates she is under 40)

For example:

1. Ms. Wu (under 34 and Asian), entered the wrong location on a report that led the complaint be assigned to the wrong precinct. The complaining civilian returned to our precinct to complain about the precinct assignment of the complaint. Ms. Wu corrected the mistake, but was not singled out, targeted for counseling and her mistake was not documented in the minor violation log.

2. Ms. Bailey (under 34), black. She accepted and filed a report from a civilian who alleged his car was stolen. To my knowledge rules and procedures require, a civilian must call 911 and an officer must visit the scene of the crime for a report to be made, accepted and filed. Despite rules and procedures, Ms. Bailey was not singled out, targeted for counseling and her mistake was not documented in the minor violation log.

Respondent and SPAAs are aware of the mistake the PAAs make, because they have to sign off on reports.

Based on the above, I charge Respondent discriminated against me in connection to my age and race, in violation of the Age Discrimination in Employment Act of 1967, as amended and Title VII of the Civil Rights Act of 1964, as amended and all applicable local/state statutes.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
DEC 3 0 2015
DATE RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/30/2015           _[signature]_<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

*Enclosure with EEOC*
*Form 131 (11/09)*

# INFORMATION ON CHARGES OF DISCRIMINATION

## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14 Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.